# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL P. WHITNEY, | CASE NO. 1:10-CV-01963-DLB PC |
| Plaintiff, | |
| v. | ORDER REGARDING MOTION TO AMEND (DOC. 6) |
| J. WALKER, et al., | AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |
| Defendants. | |

Plaintiff Joel P. Whitney ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 8, 2010, Plaintiff filed a motion to amend his complaint. Doc. 6. A party may amend its pleading once as a matter of course. Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motion is DISREGARDED as unnecessary. Plaintiff will be required to file his amended complaint within thirty (30) days from the date of service of this order. If Plaintiff does not file an amended complaint, the Court will screen Plaintiff's October 20, 2010 complaint.

IT IS SO ORDERED.

Dated: **March 22, 2011**       **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1