# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL P. WHITNEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. WALKER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:10-CV-01963-DLB PC<br><br>ORDER DISREGARDING APRIL 21, 2011 MOTION FOR PRELIMINARY INJUNCTION<br><br>(DOC. 8) |

　　　Plaintiff Joel P. Whitney ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2011, Plaintiff filed a motion for preliminary injunction. Doc. 8. On December 30, 2011, Plaintiff filed a motion for preliminary injunction, amending the arguments raised in his April 21, 2011 motion.

　　　As it appears that Plaintiff intends to proceed with the December 30, 2011 motion for preliminary injunction, the Court HEREBY ORDERS that Plaintiff's April 21, 2011 motion is disregarded.

　　　IT IS SO ORDERED.

　　　Dated:   **February 3, 2012**　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1