1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8 | JOEL P. WHITNEY,                                      CASE NO. 1:10-CV-01963-DLB PC

9 |                          Plaintiff,                  ORDER DISREGARDING APRIL 21, 2011
                                                         MOTION FOR PRELIMINARY
10 |          v.                                         INJUNCTION

11 | J. WALKER, et al.,                                  (DOC. 8)

12 |                          Defendants.

13 | _____/

14

15        Plaintiff Joel P. Whitney ("Plaintiff") is a prisoner in the custody of the California

16   Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in

17   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 21, 2011,

18   Plaintiff filed a motion for preliminary injunction.  Doc. 8.  On December 30, 2011, Plaintiff

19   filed a motion for preliminary injunction, amending the arguments raised in his April 21, 2011

20   motion.

21        As it appears that Plaintiff intends to proceed with the December 30, 2011 motion for

22   preliminary injunction, the Court HEREBY ORDERS that Plaintiff's April 21, 2011 motion is

23   disregarded.

24        IT IS SO ORDERED.

25   **Dated:   February 3, 2012**              _____/s/ **Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28