1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  JOEL P. WHITNEY,                                    1:10-cv-1963-DLB PC

9              Plaintiff,                       ORDER DENYING MOTION FOR
                                                PRELIMINARY INJUNCTION WITHOUT
10     v.                                       PREJUDICE (DOC. 16)

11  J. WALKER, et al.,                          ORDER DENYING MOTION FOR COPIES
                                                (DOC. 18)
12              Defendants.

13 _____/

14        Plaintiff Joel P. Whitney ("Plaintiff") is a prisoner in the custody of the California

15  Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in

16  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 30, 2011,

17  Plaintiff filed a motion for preliminary injunction.  Doc. 16.  On February 21, 2012, Plaintiff

18  filed a motion for copies.  Doc. 18.  The motion for copies will be construed as a motion for

19  preliminary injunction.

20        "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on

21  the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the

22  balance of equities tips in his favor, and that an injunction is in the public interest."  *Winter v.*

23  *Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008) (citations omitted).  The purpose

24  of preliminary injunctive relief is to preserve the status quo or to prevent irreparable injury

25  pending the resolution of the underlying claim.  *Sierra On-line, Inc. v. Phoenix Software, Inc.*,

26  739 F.2d 1415, 1422 (9th Cir. 1984).

27        Federal courts are courts of limited jurisdiction, and as a preliminary matter, the court

28  must have before it an actual case or controversy.  *City of Los Angeles v. Lyons*, 461 U.S. 95, 102

1

1   (1983); *Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.*,

2   454 U.S. 464, 471(1982).  If the court does not have an actual case or controversy before it, it has

3   no power to hear the matter in question.  *Lyons*, 461 U.S. at 102.  Thus, "[a] federal court may

4   issue an injunction [only] if it has personal jurisdiction over the parties and subject matter

5   jurisdiction over the claim; it may not attempt to determine the rights of persons not before the

6   court."  *Zepeda v. United States Immigration Serv.*, 753 F.2d 719, 727 (9th Cir. 1983); *see* Fed.

7   R. Civ. P. 65(d) (listing persons bound by injunction).

8   **I.      December 30, 2011 Motion**

9         Plaintiff moves for a preliminary injunction to transfer Plaintiff to a California medical

10   prison which is equivalent with Plaintiff's custody level, and located in an area with few, if any,

11   dust storms.  Doc. 16.  Plaintiff's claim concerns his respiratory issues and being housed at

12   Avenal State Prison.

13         On April 20, 2012, Plaintiff filed an amended motion for preliminary injunction.  Doc.

14   25.  Plaintiff repeats the arguments raised in his December 30, 2011 motion.  Plaintiff also makes

15   a specific request to be transferred to California Rehabilitation Center or California Institution for

16   Men.  As it appears that Plaintiff wishes to proceed with his April 20, 2012 motion for

17   preliminary injunction, Plaintiff's December 30, 2011 motion is HEREBY ORDERED denied

18   without prejudice.

19   **II.     February 21, 2012 Motion**

20         Plaintiff moves for an order requesting copies of all his exhibits filed with his third

21   amended complaint.  Doc. 18.  Plaintiff contends that his exhibits have disappeared after he

22   moved to a different building.  The Court does not provide free copies of documents filed with

23   the Court.  The method for acquiring copies is listed in the Court's First Informational Order.

24   Accordingly, this motion is HEREBY ORDERED denied.

25         IT IS SO ORDERED.

26   **Dated:   April 27, 2012**                    **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

27

28